VIVIANE ETIENNE MEDICAL CARE, P.C., as Assignee of Alem Cardenas, Respondent, v COUNTRY-WIDE INS. Co., Appellant.

Submitted March 23, 2015; decided March 26, 2015

Motion by American Transit et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.